UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

✓ SOUSA V. WAVE SYSTEMS CORP     CA 04-30022

STREICHER V. WAVE SYSTEMS CORP     CA 04-30026

DAWOD V. WAVE SYSTEMS CORP     CA 04-30029

SACHS V. SPRAGUE     CA 04-30032

CHESS V. WAVE SYSTEMS CORP     CA 04-30037

VICKER V. WAVE SYSTEMS CORP     CA 04-30040

BOHMAN V. WAVE SYSTEMS CORP     CA 04-30041

SUO V. WAVE SYSTEMS CORP     CA 04-30032

SCHULMAN V. WAVE SYSTEMS CORP     CA 04-30043

NOTICE OF HEARING

July 22, 2004

Counsel in the above named cases shall appear for a hearing on all pending motions and for status conference on September 1, 2004 at 2:00 p.m. to be held in courtroom I, U.S. District Court, 1550 Main Street, Springfield, Massachusetts before Michael A. Ponsor, U.S. District Judge.

Elizabeth A. French
Deputy Clerk